UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6484 PA (BFMx) | Date | March 19, 2024 |
|---|---|---|---|
| Title | Downey Wholesale, Inc. v. Ohio Casualty Insurance Company | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| K. Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On March 18, 2024, Plaintiff Downey Wholesale, Inc. ("Plaintiff") filed an Opposition to the Motion for Summary Judgment filed by defendant Ohio Casualty Insurance Company ("Defendant").  Defendant's Motion for Summary Judgment is set for hearing on April 1, 2024. Pursuant to Local Rule 7-9, Plaintiff's Opposition to the Motion was required to be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion . . . ." Accordingly, Plaintiff's Opposition should have been filed no later than March 11, 2024, and Plaintiffs' filing of the Opposition on March 18, 2024 was late and not in accordance with Local Rule 7-9.

As a result of Plaintiff's failure to comply with Local Rule 7-9, the Court extends the deadline for Defendant to file a reply, if any, to March 25, 2024.  After that date, the Motion shall be deemed under submission.  The Court will notify the parties once the Court has resolved the Motion or the date and time of a hearing should the Court conclude that oral argument will assist the Court's resolution of the Motion.

Plaintiff's counsel is ordered to show cause in writing why they should not be sanctioned in an amount up to $1,000.00 for violating Local Rule 7-9 by filing their Opposition one week after the applicable filing deadline.  Plaintiffs' counsel's response to the Order to Show Cause shall be filed by no later than March 22, 2024.

IT IS SO ORDERED.