JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOWNEY WHOLESALE, INC., <br> Plaintiff, <br> v. <br> OHIO CASUALTY INSURANCE COMPANY, <br> Defendant. | No. CV 23-6484 PA (BFMx) <br><br> JUDGMENT |

In accordance with the Court's March 29, 2024 Minute Order granting the Motion for Summary Judgment filed by defendant Ohio Casualty Insurance Company ("Defendant"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Defendant is entitled to summary judgment on plaintiff Downey Wholesale, Inc.'s ("Plaintiff") claims for breach of contract, breach of the implied covenant of good faith and fair dealing, and declaratory relief; and

2. Plaintiff shall take nothing and Defendant shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: April 1, 2024

_____
Percy Anderson
United States District Judge